# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America </br> v. </br> Melvin RODRIGUES </br> </br> *Defendant(s)* | ) ) ) ) ) ) ) </br> Case No. |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 01/16/2022 in the county of Webb in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C 841 (a) (1) | knowingly and intentionally possess with the intent to distrubute a controlled substance listed under Schedule I of the Controlled Substance Act, to wit, approximtely 441.7 lbs. of marijuana. |

This criminal complaint is based on these facts:

See Attachment

☑ Continued on the attached sheet.

/S/ Corey Brown
*Complainant's signature*

Special Agent Corey Brown
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/18/2022

*Judge's signature*

City and state: Laredo, Texas        Diana Song Quiroga, U.S Magistrate Judge
*Printed name and title*

**Attachment A**

On January 16, 2022, at approximately 11:25 p.m., Border Patrol Agents from the Laredo South Border Patrol Station, responded to visual of six individuals carrying large packs near the intersection of Hernandez Street and Jimenez Street located in El Cenizo, Texas. Based on the size and shape of these packs, Agents believed these to be bundles of suspected narcotics. These six individuals were seen by the Laredo South Border Patrol Station camera operator. Border Patrol Agents parked their service vehicles near Cadena Park in El Cenizo, and walked toward the intersection. Upon arriving at the intersection, Agents observed the six individuals walking with the suspected narcotics.

It was approximately 11:30 pm. when Border Patrol Agents observed the individuals with the suspected narcotics. As Border Patrol Agents attempted to make contact with them, the individuals dropped the bundles and began to run toward the Rio Grande River. Five individuals were able to evade apprehension and absconded toward the Rio Grande River. Border Patrol Agents identified the detained individual as Melvin RODRIGUES. The abandoned bundles were retrieved by Border Patrol agents.

At the Laredo South Border Patrol Station, Border Patrol Agents field tested the suspected narcotics. The sample tested was positive for having the characteristics of marijuana. Border Patrol Agents weighed the bundles and determined they had a total weight of 441.7 lbs. Later that evening, Border Patrol Agents contacted Drug Enforcement Administration (DEA) Agents assigned to the Laredo District Office. DEA Agents advised RODRIGUES of his Miranda Rights in the Spanish language. RODRIGUES acknowledged his rights, agreeing to give a statement without the presence of an attorney.

RODRIGUES stated to DEA agents that he met with unknown individuals by the riverbank on the Mexican side of the Rio Grande River and assisted them in crossing six large bundles of what he believed to be marijuana in exchange for helping (RODRIGUES) cross the river into the United States. RODRIGUES stated to Agents that he was apprehended by Border Patrol Agents carrying one of the bundles of suspected narcotics.

At the conclusion of the interview, RODRIGUES was transported to the Webb County Jail, where he was turned over to the facility pending his appearance in front of a U.S. Magistrate Judge.

Case 5:22-mj-00083   Document 1   Filed on 01/17/22 in TXSD   Page 3 of 3